No. 23-55299

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

KEO RATHA; SEM KOSAL; SOPHEA BUN; YEM BAN; NOL NAKRY; PHAN SOPHEA; AND SOK SANG,

*Plaintiffs-Appellants*,

v.

RUBICON RESOURCES, LLC

*Defendant-Appellee*.

On Appeal from the District Court for the Central District of California, Honorable John F. Walter Presiding, Case No. 2:16-CV-04271-JFW

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS-APPELLANTS TO FILE A PETITION FOR REHEARING EN BANC OR PANEL REHEARING**

Paul Hoffman
John Washington
SCHONBRUN SEPLOW
HARRIS HOFFMAN & ZELDES, LLP
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
(310) 396–0731

Catherine Sweetser
UCLA LAW CLINICS
385 Charles E Young Dr.
Los Angeles, CA 90095
(310) 267–5068

Agnieszka Fryszman
Nicholas J. Jacques
Madeleine Gates
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., N.W.
Ste. 500
Washington, D.C. 20006
(202) 408–4600

Dan Stormer
HADSELL STORMER RENICK
& DAI LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
(626) 585–9600

Under Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellants respectfully request a 30-day extension of the deadline in which to file a Petition for Rehearing En Banc or Panel Rehearing. This Court issued its Order on July 31, 2024, and the deadline for filing a Petition is currently August 14, 2024. This motion, if granted, would extend the time for filing the response to September 13, 2024.

There is good cause to extend the deadline, including both personal and litigation conflicts. During the 14-day window for filing the petition:

1. One of Plaintiffs' counsel is currently on a family vacation out of the country and not reachable.

2. Two of Plaintiffs' counsel have a week of out-of-town depositions scheduled in a case in which discovery is closing, that involves multiple separately represented parties, and that cannot be rescheduled.

3. These same two Plaintiffs' counsel must also respond to post-trial briefing due August 12, 2024 to defend a significant jury verdict.

4. One of Plaintiffs' counsel is moving out of state and will be unavailable.

5. Another core member of the team has multiple depositions scheduled for next week which must be taken next week due to an imminent expert report deadline.

The undersigned counsel have exercised diligence and will file any response within the time requested. Plaintiffs-Appellants have not made a previous request for an extension of time to file the Petition.

Counsel for Defendant Rubicon do not oppose Plaintiffs-Appellants' motion for a 30-day extension.

For these reasons, Plaintiffs-Appellants respectfully request that the Court grant their unopposed motion for a 30-day extension of time to file a Petition for Rehearing En Banc or Panel Rehearing.

Dated: August 2, 2024.                UCLA LAW CLINICS

                                      By:   *s/ Catherine Sweetser*
                                            Catherine Sweetser
                                            *Attorney for Plaintiffs-Appellants.*

3

## DECLARATION OF CATHERINE SWEETSER

1. I am an attorney at law duly licensed and entitled to practice in this Court and in the state of California. I have personal firsthand knowledge of the within-stated facts and if called as a witness I could testify thereto under oath.

2. One of the lead attorneys in this case is currently traveling out of the country and could not be involved in briefing the petition at this time.

3. In addition, my co-counsel in this matter have informed me that they have multiple other deadlines in the next week and are traveling next week for depositions which they cannot reschedule. I also have multiple depositions scheduled for next week which must be taken next week due to an imminent expert report deadline.

4. Another core member of the team is currently involved in a move between states and so is not available to work on the petition as well.

5. I informed Defendants'-Appellees' counsel of Appellants' intention to request this extension of time on August 2, 2024, and was informed that they do not oppose the requested thirty-day extension to September 13, 2024.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this August 2, 2024 at Los Angeles, California.

<u>*s/ Catherine Sweetser*</u>
Catherine Sweetser

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: August 2, 2024.

                                                By:  *s/ Catherine Sweetser*
                                                          Catherine Sweetser