FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEO RATHA; et al., | No. 23-55299 |
| Plaintiffs-Appellants, | |
| v. | D.C. No. 2:16-cv-04271-JFW-AS Central District of California, Los Angeles |
| RUBICON RESOURCES, LLC, | |
| Defendant-Appellee. | ORDER |

Before: MURGUIA, Chief Judge, and GRABER, GOULD, CALLAHAN, M. SMITH, BADE, BRESS, SUNG, MENDOZA, JOHNSTONE and DE ALBA, Circuit Judges.

Appellee's motion to stay the mandate pending the filing of a petition for writ of certiorari, Docket No. 94, is GRANTED. The mandate is stayed through May 21, 2026. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.